UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DAVID HARRIS, *et al.*,
    Plaintiffs,

v.       No. 22-cv-3715

SECRETARY GEORGE LITTLE,
*et. al.*,
    Defendants.

## O R D E R

**AND NOW**, this 20th day of July, 2023, in consideration of Defendants' Motion to Dismiss, Plaintiffs' Response, and for the reasons given in the Opinion issued this date, it **IS HEREBY ORDERED** that the Motion, ECF No. 53, is **DENIED in part and GRANTED in part** as follows:

1. All claims against Defendant "PA DOC" are **dismissed with prejudice**. The Clerk of Court is directed to terminate PA DOC as a defendant in this matter.

2. All claims against Defendant Former Secretary Jeffrey Beard are **dismissed with prejudice**. The Clerk of Court is directed to terminate Former Secretary Jeffrey Beard as a defendant in this matter.

3. All claims against Defendant Former Secretary John Wetzel **in his official capacity** are **dismissed with prejudice**.

4. All clams for **money damages** against Defendant Secretary George Little **in his official capacity** are **dismissed with prejudice**.

5. Defendant's Motion is **DENIED** in all other respects.

6. The Clerk of Court is directed to remove the gavel from ECF No. 61.[1]

                                                BY THE COURT:

                                                */s/ Joseph F. Leeson, Jr.*
                                                JOSEPH F. LEESON, JR.
                                                United States District Judge

---

[1] ECF No. 61 was docketed as a motion, but it is actually Plaintiffs' Response to Defendants' Motion to Dismiss.