IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HARRIS, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
|     v. : | No. 22-cv-3715 |
| : | |
| SECRETARY GEORGE LITTLE, : | |
| *et. al.*, : | |
|     Defendants. : | |

**O R D E R**

**AND NOW**, this 4th day of March, 2024, upon consideration of Plaintiffs' Motion for Class Certification, *see* ECF No. 54, and for the reasons set forth in the Opinion issued this date,

**IT IS HEREBY ORDERED THAT** Plaintiffs' Motion for Class Certification is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge