UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DAVID HARRIS *et. al.*, :
    Plaintiff, :
     :
    v. : No. 22-cv-3715
     :
SECRETARY GEORGE LITTLE, :
*et. al.*, :
    Defendants. :

## **O R D E R**

**AND NOW**, this 30th day of April, 2024, upon consideration of Plaintiff David Harris' February 10, 2024, letter, *see* ECF No. 81; this Court's March 4, 2024, Order noticing Harris that it would voluntarily dismiss him from the above captioned matter unless he represented that he wished to continue, *see* ECF No. 86; and in the absence of any such representation, **IT IS HEREBY ORDERED THAT** Plaintiff David Harris, only, is **DISMISSED** from the above captioned matter.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge