IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HARRIS, *et al.*, | : |
|     Plaintiffs, | : |
| | : |
|     v. | :    No. 22-cv-3715 |
| | : |
| SECRETARY GEORGE LITTLE, *et. al.*, | : |
|     Defendants. | : |

## O R D E R

**AND NOW**, this 6th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment, *see* ECF No. 96, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs on all counts;

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge